IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LIBERTY MUTUAL FIRE | : | |
| INSURANCE COMPANY, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| ADAM WEISBAUM, | : | No. 10-3869 |
| Defendant. | : | |

## ORDER

**AND NOW**, this **5th** day of **October**, **2011**, upon consideration of Plaintiff's Motion for Summary Judgment, Defendant's Motion for Summary Judgment, and Plaintiff's response thereto, and for the reasons stated in the Court's Memorandum dated October 5, 2011, it is hereby **ORDERED** that:

1. Plaintiff's motion (Document No. 10) is **GRANTED**.

2. Defendant's motion (Document No. 11) is **DENIED**.

3. The Clerk of Court is directed to close this case.

BY THE COURT:

_____
Berle M. Schiller, J.